# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>  v.<br><br>CHARLES S. LENZNER,<br><br>          Defendant. | Civil Action<br>No. 2:07-cv-01404-AJS |

## NOTICE OF SETTLEMENT AND REQUEST FOR ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT CHARLES S. LENZNER

Plaintiff, the Securities and Exchange Commission, respectfully notifies this Court of Defendant Charles S. Lenzner's Consent to the entry of final judgment against him in this case. Defendant Lenzner's Consent is attached hereto as Exhibit 1. For the convenience of the Court, the final judgment to which Defendant Lenzner has offered his Consent, is attached hereto as Exhibit 2.

There being no issues remaining for resolution by this Court, the Securities and Exchange Commission respectfully requests that this Court enter Final Judgment against Defendant Charles S. Lenzner.

                   Respectfully submitted,

                   ____s/Amy J. Greer____
                   Amy J. Greer, Pa. I.D. No. 55950

                   Attorney for Plaintiff
                   **Securities and Exchange Commission**
                   701 Market Street, Suite 2000
                   Philadelphia, PA 19106
                   Telephone: (215) 597-3100
October 17, 2007           Facsimile: (215) 597-2740